No. 97–213.  BUCHBINDER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 97–224.  DIERSEN *v.* CHICAGO CAR EXCHANGE, INC.  C. A. 7th Cir.  Certiorari denied.

No. 97–227.  ESTATE OF COLON, DECEASED, BY PERSONAL REPRESENTATIVE MARTINEZ, ET AL. *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–229.  HARMON *v.* CSX TRANSPORTATION, INC.  C. A. 6th Cir.  Certiorari denied.

No. 97–233.  PENCHISHEN *v.* STROH BREWERY CO.  C. A. 3d Cir.  Certiorari denied.

No. 97–234.  YUZARY *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–237.  LEWIS *v.* BOCA APPEALS BOARD OF CLARKSBURG ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 97–239.  ALOI ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–240.  WRIGHT ET AL., DBA F/V A. A. BARANOV *v.* NATIONAL MARINE FISHERIES SERVICE; NORADOUN ET AL., DBA F/V SEA PEARL *v.* NATIONAL MARINE FISHERIES SERVICE; and KENT ET AL. *v.* NATIONAL MARINE FISHERIES SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 97–244.  PHONOMETRICS, INC. *v.* RADISSON HOTELS INTERNATIONAL, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 97–245.  ALVARADO *v.* EL PASO INDEPENDENT SCHOOL DISTRICT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–248.  DANO RESOURCE RECOVERY, INC. *v.* DISTRICT OF COLUMBIA.  C. A. D. C. Cir.  Certiorari denied.

No. 97–249.  ESTATE OF RAY, DECEASED, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.